# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND MICHAEL SIMON, JR., CDCR #F-00656<br><br>Plaintiffs,<br><br>vs.<br><br>M. MCDONALD; STATE OF CALIFORNIA; FEDERAL GOVERNMENT; UNITED NATIONS,<br><br>Defendants. | Civil No.   11cv1855 LAB (WMc0<br><br>**ORDER:**<br><br>**(1)   SUA SPONTE DISMISSING COMPLAINT AS FRIVOLOUS PURSUANT TO 28 U.S.C. § 1915A(b; and**<br><br>**(2) DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT** |

Plaintiff, Roland Michael Simon, Jr., currently incarcerated at High Desert State Prison located in Susanville, California and proceeding pro se, has filed a Complaint pursuant to 42 U.S.C. § 1983. In addition, Plaintiff has filed a Motion to Proceed *In Forma Pauperis* ("IFP").

**I.   Initial Screening per 28 U.S.C. § 1915A(b)**

The Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915A, obligates the Court to review complaints filed by anyone "incarcerated or detained in any facility who is accused of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions

1 of parole, probation, pretrial release, or diversionary program," "as soon as practicable after
2 docketing" and regardless of whether the prisoner prepays filing fees or moves to proceed IFP.
3 *See* 28 U.S.C. § 1915A(a), (c).  The Court must sua sponte dismiss prisoner complaints, or any
4 portions thereof, which are frivolous, malicious, or fail to state a claim upon which relief may
5 be granted.  28 U.S.C. § 1915A(b); *Resnick v. Hayes*, 213 F.3d 443, 446-47 (9th Cir. 2000).

6   Plaintiff's Complaint is nearly incomprehensible and difficult to determine what his true
7 claims are.  Plaintiff appears to take issue with his criminal proceeding in Los Angeles and he
8 refers to spyplanes, the CIA and "brainwave emitting." (Compl. at 3-4.)  Plaintiff does seeking
9 "instant release, one billion dollars for violation of civil rights and one billion dollars for pain
10 and suffering." (*Id.*)  He further indicates that he has filed a similar action in Federal Court in
11 Los Angeles but it was "dismissed illegally failed to research start database." (*Id.* at 6.)

12   A complaint is frivolous "where it lacks an arguable basis either in law or in fact." *Neitzke*
13 *v. Williams*, 490 U.S. 319, 325 (1989).  Here, the Court finds Plaintiff's claims to be frivolous
14 under § 1915A because they lack even "an arguable basis either in law or in fact," and appear
15 "fanciful," "fantastic," or "delusional." *Neitzke*, 490 U.S. at 325, 328.  Thus, the Court dismisses
16 the entirety of Plaintiff's Complaint as frivolous pursuant to 28 U.S.C. § 1915A.

17 **II.   Conclusion and Order**

18   Good cause appearing, **IT IS HEREBY ORDERED** that:

19   1.   Plaintiff's Complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915A.
20 Moreover, because the Court finds amendment of Plaintiff's claims would be futile at this time,
21 leave to amend is **DENIED.**  *See Cahill v. Liberty Mut. Ins. Co.*, 80 F.3d 336, 339 (9th Cir.
22 1996) (denial of a leave to amend is not an abuse of discretion where further amendment would
23 be futile); *see also Robinson v. California Bd. of Prison Terms*, 997 F. Supp. 1303, 1308 (C.D.
24 Cal. 1998) ("Since plaintiff has not, and cannot, state a claim containing an arguable basis in
25 law, this action should be dismissed without leave to amend; any amendment would be futile.")
26 (citing *Newland v. Dalton*, 81 F.3d 904, 907 (9th Cir. 1996)).

27 / / /

28 / / /

1       2.     Further, this Court **CERTIFIES** that any IFP appeal from this Order would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). *See Coppedge v. United States*, 369 U.S. 438, 445 (1962); *Gardner v. Pogue*, 558 F.2d 548, 550 (9th Cir. 1977) (indigent appellant is permitted to proceed IFP on appeal only if appeal would not be frivolous).

      3.     Plaintiff's Motion to Proceed IFP [ECF No. 2] is **DENIED** as moot.

The Clerk shall enter judgment for the Defendants and close the file.

**IT IS SO ORDERED.**

DATED: August 22, 2011

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge